| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LULSEGED MOHAMMED, | ) | No. C-05-2927 BZ |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS WITHOUT** |
| DAVID N. STILL, District Director of the | ) | **PREJUDICE; AND ORDER** |
| San Francisco District, United States | ) | |
| Bureau of Citizenship and Immigration | ) | |
| Services, U.S. Department of Homeland | ) | |
| Security, | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice to renewal if Defendant has not adjudicated Plaintiff's application for naturalization by December 14, 2005. *See United States v. Hovsepian*, 359 F.3d 1144, 1159-64 (2004) (en banc) (concluding that 8 U.S.C. § 1447(b) grants exclusive jurisdiction in the federal courts in the situation, as here, where the agency did not decide a naturalization application 120 days after the agency examined the applicant, and the applicant thereafter applied to federal court for a hearing).

STIPULATION TO DISMISS WITHOUT PREJUDICE
C 05-2927 BZ

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |
| 2 | |
| 3  Date: November 14, 2005 | Respectfully submitted, |
| 4 | KEVIN V. RYAN<br>United States Attorney |
| 5 | |
| 6 | |
| 7 | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney |
| 8 | Attorneys for Defendant |
| 9 | |
| 10 | |
| 11  Date: November 14, 2005 | _____/s/_____<br>KAREN ALICIA DAVIS<br>Attorney for Plaintiff |
| 12 | |
| 13 | |
| 14 | |
| 15 | **ORDER** |
|    | Pursuant to stipulation, IT IS SO ORDERED. |
| 16 | |
| 17 | |
| 18  DATED: November 28, 2005 | _____<br>BERNARD ZIMMERMAN<br>United States Magistrate Judge |
| 19 | |

STIPULATION TO DISMISS WITHOUT PREJUDICE
C 05-2927 BZ                                           2